ADAM PAUL LAXALT
Nevada Attorney General
JOHN L. WARD IV
Deputy Attorney General
Nevada Bar No. 12513
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1134
E-mail: jward@ag.nv.gov

Attorneys for Defendant
Jason Harris and Eugene White

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>            Defendants. | Case No. 2:14-cv-00222-JCM-CWH<br><br>**PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE** |

   Plaintiff Kevin Johnson, *pro se*, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and John L. Ward IV, Deputy Attorney General (collectively "Parties"), hereby stipulate to the dismissal of Plaintiff's above-captioned civil action, *with* prejudice, each party to bear his or her own costs.

   **SO STIPULATED:**

Dated: December __1__, 2015

By: _____ #95359
KEVIN JOHNSON (#95359)
Plaintiff, *pro se*

Dated: December __4__, 2015

ADAM PAUL LAXALT
Attorney General

By: _____
JOHN L. WARD IV
Deputy Attorney General
Attorneys for Defendants

## ORDER

In contemplation of the *Parties' Stipulation of Dismissal of Plaintiff's Civil Action With Prejudice*, this Court approves the same and so orders dismissal of Plaintiff's civil action with prejudice.

**IT IS SO ORDERED.**

Dated: December 8, 2015.

*[signature]*

JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

Office of the Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on December 4, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE**, to the following:

Kevin Johnson #95359
Warm Springs Correctional Center
PO Box 7007
Carson City, NV 89702

_____
An employee of the
Office of the Attorney General